Patricia M. Prezioso
(N.J. Bar No. 029552002)
Stacy Landau
(N.J. Bar No. 214602017)
**SILLS CUMMIS & GROSS P.C.**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
*(973) 643-7000*
*Attorneys for Plaintiffs WestRock Company and*
*Multi Packaging Solutions, Inc.*

Tyler G. Doyle
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: 713.751.1600
*Attorneys for Plaintiffs WestRock Company and*
*Multi Packaging Solutions, Inc. (pro hac vice*
*forthcoming)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WESTROCK COMPANY AND MULTI PACKAGING SOLUTIONS, INC.,** | Civil Action No. 2:23-cv-273 |
| **Plaintiffs,** | Honorable |
| v. | Return Date: February 21, 2023 |
| **MAX SOLUTIONS, INC., ANTHONY GENOVESE, AND DOES 1-25, INCLUSIVE,** | *Document Electronically Filed* |
| **Defendants.** | |

## PLAINTIFFS' NOTICE OF MOTION
## FOR A PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY

**PLEASE TAKE NOTICE** that, on February 21, 2023, at 10:00 a.m., or at such other date and time as may be set by the Court, Plaintiffs WestRock Company and Multi Packaging Solutions,

Inc. ("WestRock"), by and through their undersigned attorneys, will move before this Court, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an order pursuant to Rule 65 of the Federal Rules of Civil Procedure permitting the parties to take limited, expedited discovery concerning the matters at issue in WestRock's motion seeking preliminary injunctive relief and, pending the full and final adjudication of WestRock's claims: (i) prohibiting Defendants from accessing, using, or disclosing documents and files they copied or removed from any WestRock network, database, or company email system; (ii) requiring Defendants to preserve and not modify or destroy any documents, files, or electronic devices that may relate to the claims and defense in this action; (iii) requiring Defendants to return WestRock's documents and other confidential, proprietary, and trade secret information; and (iv) compelling the parties to engage a neutral forensic to complete a forensic inspection of Max Solutions' devices and accounts to identify WestRock's proprietary information and ensure it can no longer be accessed or used to unfairly compete against WestRock.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, WestRock will rely upon the accompanying memorandum of law, the declaration of Kevin Kenjarski and exhibit(s) thereto, the declaration of Iordan ("Jordan") Vladimirov and exhibit(s) thereto, the declaration of Noel Kersh and exhibit(s) thereto, the declaration of Dawn McCrickard and exhibit(s) thereto, the declaration of Larry Kamp and exhibit(s) thereto; the declaration of Patricia Prezioso and exhibit(s) thereto, the pleadings and filings in this action; together with such further argument and evidence as may be presented at or before any hearing on this motion.

Dated: January 18, 2023    **SILLS CUMMIS & GROSS, P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
*Attorneys for Plaintiffs WestRock Company and Multi Packaging Solutions, Inc.*


By: /s/*Patricia Prezioso*
     Patricia Prezioso